Fill in this information to identify the case:

Debtor name: **Lockwood Holdings, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**
Case number (if known): 18-30197

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Canada Revenue Agency** 275 Pope Road Suite 103 Summerside, PE C1N 6A2 | | Taxes | | | | $130,983.94 |
| **Briggs & Veselka Co.** Nine Greenway Plaza Suite 1700 Houston, TX 77046 | | Professional | | | | $120,727.07 |
| **HADASSAH REALTY (WALLISVILLE)** 17304 Presont Road Suite 550 Dallas, TX 75252 | Rhonda McFarlane 972-560-2820 | Rent | | | | $104,927.56 |
| **SHERWOOD POINTE LLC** 5135 Bluebonnet Boulevard Baton Rouge, LA 70809 | Jordan 225-766-0000 | Rent | | | | $61,665.74 |
| **CBRE, Inc.** Amanda Jomarron P.O. Box 15531 Location Code 2605 Chicago, IL 60696 | Amanda Jomarron 713-577-1794 | Commission | | | | $31,272.50 |
| **EEPB P.C.** Steve Parkhill 2950 North Loop West Suite 120 Houston, TX 77092 | Steve Parkhill 713-622-0016 | Professional | | | | $20,000.00 |

Debtor **Lockwood Holdings, Inc.**
Name

Case number *(if known)* 18-30197

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Peak Completion Technologies Inc.  Donald Weibel  7710 West Highway 80  Midland, TX 79706 | Donald Weibel  303-961-6333 | Rent | | | | $14,550.42 |
| The Four B's  Michael Landsburg  1515 Burnt Mill Road  Cherry Hill, NJ 08003 | Michael Landsburg  856-470-2725 | Rent | | | | $12,372.55 |
| FT-2 LLC  Jeffrey M. Reichard  2920 Highland Drive  Cincinnati, OH 45212 | Jeffrey M. Reichard  513-602-7422 | Rent | | | | $11,730.00 |
| 2404 Partners LLC  Ben Cremer  1010 Jorie Blvd., Suite 120  Oak Brook, IL 60523 | Ben Cremer  630-691-0614 | Rent | | | | $11,247.24 |
| MILLER TROIS LLC  Norman Miller  4507 Palisades Park Drive  Billings, MT 59106 | Norman Miller  406-860-0710 | Rent | | | | $9,316.83 |
| DONNELLY & CO LLP  15023-123 Avenue  Suite 100  Edmonton, Alberta T5V 1J7 | Donnelly  780-488-7071 | Professional | | | | $4,092.93 |
| Chaffe McCall, LLP  Michael D. Caleton  1100 Poydras  Suite 2300  New Orleans, LA 70163-2300 | Michael D. Caleton  337-419-1825 | Professional | | | | $3,375.00 |
| AMERICAN EXPRESS  P.O. Box 650448  Dallas, TX 75265 | | | | | | $2,854.91 |
| Zane Guillard Bricklayers Inc.  Warren Guillard  504 B Tacoma Avenue  Tallmadge, OH 44278 | Warren Guillard  330-819-9924 | Rent | | | | $1,283.33 |

Debtor **Lockwood Holdings, Inc.**
Name

Case number *(if known)* 18-30197

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RETC**<br>**5151 Belt Line Road #725**<br>**Dallas, TX 75254** | 888-596-5005 | | | | | **$691.14** |
| **AT&T**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197** | | **Utility** | | | | **$486.08** |
| **Universal Registered Agents Inc**<br>**P.O. Box 23788**<br>**Overland Park, KS 66283** | | | | | | **$258.00** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lockwood Holdings, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 18-30197 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/18/2018        **x** */s/ Michael F. Lockwood*
                                Signature of individual signing on behalf of debtor

                                **Michael F. Lockwood**
                                Printed name

                                **Chief Executive Officer**
                                Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**