Rakhee V. Patel–SBT # 00797213
S.D. Tex. No. 23571
Sean B. Davis – SBT #24069583
S.D. Tex. No. 1048341
Annmarie Chiarello – SBT # 24097496
S.D. Tex. No. 2936034
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Phone:  (214) 745-5400
Fax:     (214) 745-5390
e-mail: rpatel@winstead.com
e-mail:sbdavis@winstead.com
e-mail:achiarello@winstead.com

**ATTORNEYS FOR WELLS FARGO BANK,
NATIONAL ASSOCIATION, AS ADMINISTRATIVE
AGENT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 18-30197(DRJ)** |
| | § | |
| **LOCKWOOD HOLDINGS, INC.,** *et al.,* | § | **Chapter 11** |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL
### NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winstead PC ("Winstead"), appearing on behalf of Wells Fargo Bank, National Association, as Administrative Agent, hereby submits this Notice of Appearance in the above-captioned case and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including, without limitation, all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and § 342 of the Bankruptcy Code.  All notices given or required to be given in this case shall be served upon Winstead as follows:

Rakhee V. Patel
Annmarie Chiarello
**Winstead PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Telephone)
(214) 745-5390 (Facsimile)
e-mail: rpatel@winstead.com
e-mail: achiarello@winstead.com

and

Sean B. Davis
**WINSTEAD PC**
600 Travis Street
Suite 5200
Houston, Texas 77002
Telephone: (713) 650-8400
Facsimile:  (713) 650-2400
E-mail: sbdavis@winstead.com

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any notice of fee applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether transmitted or conveyed by mail, electronic delivery, hand delivery, telephone, facsimile, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceeding related thereto.

DATED: January 24, 2018.

Respectfully submitted,

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas  75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)
e-mail: rpatel@winstead.com
e-mail: sbdavis@winstead.com
e-mail: achiarello@winstead.com

By: */s/ Rakhee V. Patel*
      Rakhee V. Patel – SBT # 00797213
      S.D. Tex. No. 23571
      Sean B. Davis[1] – SBT # 24069583
      S.D. Tex. No. 1048341
      Annmarie Chiarello – SBT # 24097496
      S.D. Tex. No. 2936034

**ATTORNEYS FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 24, 2018, a true and correct copy of the foregoing Notice of Appearance will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Annmarie Chiarello*
One of Counsel

---

[1] Resident in Winstead's Houston office.