UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>LOCKWOOD HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-30197 (DRJ)<br><br>Jointly Administered |

**NOTICE OF REVISED PROPOSED BUDGET**

**PLEASE TAKE NOTICE** that the proposed interim budget attached to the Debtors' *Emergency Motion for Interim and Final Orders (A) Authorizing use of Cash Collateral Pursuant to Section 363(C) and (B) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 14] has been revised. A true and correct copy of the revised budget is attached hereto as Exhibit "A."

[*Remainder of this page intentionally left blank*]

4449042.1

Respectfully submitted this 25th day of January, 2018,

**GRAY REED & McGRAW LLP**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:      jbrookner@grayreed.com

-and-

    Lydia R. Webb
    Texas Bar No. 24083758
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:      lwebb@grayreed.com

**PROPOSED COUNSEL TO THE DEBTORS**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 25, 2018, he caused a true and correct copy of the foregoing pleading to be served via CM/ECF to all parties authorized to receive electronic notice in this case, and via electronic mail on counsel to the Lenders.

                                  */s/ Jason S. Brookner*
                                  Jason S. Brookner

**Exhibit "A"**

**Revised Proposed Budget**

4449042.1

| Week Ending | 1/28/2018 | 2/4/2018 | 2/11/2018 |
|---|---:|---:|---:|
| **Beginning Cash** | $ 1,420,888 | $ 41,010 | $ 1,544,978 |
| Cash Wells Fargo Accounts | $ 555,097 | | |
| **Available Begining Cash** | $ 865,791 | $ 41,010 | $ 1,544,978 |
| | | | |
| **Cash In** | | | |
| Current Receivables | $ - | $ 10,314,528 | $1,790,552 |
| New Receivables | - | - | - |
| Insurance Proceeds | - | 2,100,000 | - |
| *Total Inflows* | $ - | $ 12,414,528 | $ 1,790,552 |
| | | | |
| **Professional Fees** | $ - | $ - | $ - |
| **Materials Purchases** | - | (7,768,588) | - |
| **Operating Vendor Payments** | - | | - |
| | | | |
| **Compensation** | | | |
| Payroll | $ (51,000) | $ (580,357) | $ - |
| Health & Benefits | $ - | $ 191,160 | |
| Temporary Labor | $ - | $ (10,000) | $ - |
| Contract Labor | $ - | $ (16,000) | $ (16,000) |
| Total Compensation | $ (51,000) | $ (415,197) | $ (16,000) |
| | | | |
| **Other Expenses** | | | |
| Rent | $ (74,348) | $ (177,291) | $ - |
| Equipment Rental | $ (45,755) | $ - | $ - |
| Supplies | $ (68,221) | $ - | $ - |
| T&E | $ - | $ - | $ - |
| Freight | $ (63,552) | $ (250,000) | $ - |
| IT Costs | $ (326,397) | $ (25,500) | $ - |
| Vehicles & Trucks | $ - | $ - | $ - |
| Utilities | $ (63,525) | $ - | $ - |
| Insurance | $ - | $ (215,285) | $ (44,009) |
| Sales Tax | | $ (335,688) | $ - |
| Property Taxes | $ - | $ (1,682,000) | $ - |
| Other Payments | $ - | $ - | $ - |
| Canadian Taxes | $ (131,983) | $ - | $ - |
| US Trustee | $ - | $ - | $ - |
| Total Other Expenses | $ (773,781) | $ (2,685,764) | $ (44,009) |
| | | | |
| *Total Outflows* | $ (824,781) | $ (10,869,550) | $ (60,009) |
| | | | |
| **Available Beginning Cash** | $ 865,791 | $ 41,010 | $ 1,544,978 |
| **Ending Cash Balance** | $ 41,010 | $ 1,544,978 | $ 1,730,543 |