## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **LOCKWOOD HOLDINGS, INC.,** *et al.,* | § | **CASE NO. 18-30197 (DRJ)** |
| | § | **(Chapter 11)** |
| | § | **Jointly Administered** |
| **Debtors** | § | |

## NOTICE OF APPEARANCE FOR COR-PRO SYSTEMS OPERATING, LTD. AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Jeffrey G. Tinkham, Of Counsel to the firm of Martin, Disiere, Jefferson & Wisdom, LLP, hereby enters his appearance on behalf of Cor-Pro Systems Operating, Ltd., creditor, and requests service of all filings in this case and all papers related to this case, including, without limitation, all reports filed with the United States Trustee's Office, and notice of all hearings and settings in this case, at the following street and e-mail addresses:

Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street, 20th Floor
Houston, Texas 77002
tinkham@mdjwlaw.com
713-632-1700 phone
713-222-0101 fax

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON**
**& WISDOM, LLP**

*/s/Jeffrey G. Tinkham*
Jeffrey G. Tinkham, Of Counsel
TBA No. 20056300
S.D.T. Adm. No. 4725
808 Travis Street, 20th Floor
Houston, Texas 77002

1

(713) 632-1700 phone
(713) 222-0101 fax
tinkham@mdjwlaw.com

**ATTORNEY IN CHARGE FOR**
**COR-PRO SYSTEMS OPERATING, LTD.**

## CERTIFICATE OF SERVICE

I certify that this Notice of Appearance and Request for Notice was filed electronically, via the ECF system, on the 29th day of January 2018, and was thereby served on debtors' counsel, trustee's counsel, the United States Trustee, and all parties requesting notice.

*/s/Jeffrey G. Tinkham*