UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>LOCKWOOD HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-30197 (DRJ)<br><br>Jointly Administered |

## NOTICE OF SECOND REVISED PROPOSED BUDGET

**PLEASE TAKE NOTICE** that on Thursday, January 25, 2018, the Debtors' filed their Notice of Revised Proposed Budget [Docket No. 23], which reflected changes to the proposed interim budget attached to the Debtors' *Emergency Motion for Interim and Final Orders (A) Authorizing use of Cash Collateral Pursuant to Section 363(C) and (B) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 14] (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made further revisions to the proposed interim budget in advance of the continued hearing on the Cash Collateral Motion set for Monday, January 29, 2018 at 3:30 p.m. (prevailing Central Time). A true and correct copy of the revised budget is attached hereto as Exhibit "A."

[*Remainder of this page intentionally left blank*]

4455466.1

Respectfully submitted this 29th day of January, 2018,

**GRAY REED & McGRAW LLP**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:     jbrookner@grayreed.com

-and-

    Lydia R. Webb
    Texas Bar No. 24083758
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:     lwebb@grayreed.com

**PROPOSED COUNSEL TO THE DEBTORS**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 29, 2018, he caused a true and correct copy of the foregoing pleading to be served via CM/ECF to all parties authorized to receive electronic notice in this case, and via electronic mail on counsel to the Lenders.

                             */s/ Jason S. Brookner*
                             Jason S. Brookner

**Exhibit "A"**

**Revised Proposed Budget**

4455466.1

**Lockwood Holdings Inc., et al.**
**Projected Results of Operations and Cash Flows**
*1/28/17   thru   2/11/17*

*Cash Flow Summary*

*In Thousands of Dollars*

| Week -----> | 1 | 2 | 3 | |
|---|---|---|---|---|
| | **28-Jan** | **4-Feb** | **11-Feb** | **TOTAL** |
| **Receipts** | | | | |
| Customer Payments | - | 3,500.0 | 5,000.0 | 8,500.0 |
| Insurance Proceeds | - | 2,150.0 | - | 2,150.0 |
| Other Cash Receipts | - | - | - | - |
| **Total Receipts** | **$ -** | **$ 5,650.0** | **$ 5,000.0** | **$ 10,650.0** |
| **Operating Disbursements** | | | | |
| Inventory Purchases | - | 2,500.0 | 2,500.0 | 5,000.0 |
| Payroll & Taxes | 18.0 | 614.2 | - | 632.2 |
| Health & Benefits | - | 216.4 | - | 216.4 |
| Contract & Temp Labor | - | 19.5 | 16.0 | 35.5 |
| Rent | - | 260.3 | - | 260.3 |
| Property Taxes | - | 1,486.3 | - | |
| Utilities | - | 10.7 | - | 10.7 |
| Truck & Equipment Rental | - | 11.5 | - | 11.5 |
| Maintenance, Repairs & Fuel | - | 10.0 | - | |
| Supplies | - | 11.5 | - | 11.5 |
| Freight | - | 279.1 | - | 279.1 |
| Travel & Entertainment | - | - | - | - |
| IT Costs | - | - | - | - |
| Sales Tax | - | 335.7 | - | 335.7 |
| Canadian Taxes | - | 132.9 | - | |
| Insurance Premiums | - | 221.4 | - | |
| Legal & Professional | | | | |
| G&A - General | | | | - |
| **Total Operating Disbursements** | **$ 18.0** | **$ 6,109.3** | **$ 2,516.0** | **$ 6,792.8** |
| **Operating Cash Flow** | **$ (18.0)** | **$ (459.3)** | **$ 2,484.0** | |
| *Accumulated* | (18.0) | (477.3) | 2,006.7 | |
| **Other (Sources)/ Uses** | | | | |
| Equipment Leases | | | | - |
| Capital Expenditures | | | | - |
| Restructuring Costs | | | | - |
| Restructuring Professionals | | | | - |
| US Trustee | | | | - |
| Income & Franchise Taxes | | | | - |
| **Total Other (Sources)/ Uses** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Net Cash Flow** | **$ (18.0)** | **$ (459.3)** | **$ 2,484.0** | |
| *Accumulated* | (18.0) | (477.3) | 2,006.7 | |
| | Opening | | | Change |
| **Ending Book Cash Balance** | **$ 1,420.9** | **$ 1,402.9** | **$ 943.6** | **$ 3,427.6** | **$ 2,006.7** |