UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-30197 |
| LOCKWOOD HOLDINGS, INC., | |
| DEBTORS. | CHAPTER 11 CASE |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION

Warren, Drugan & Barrows, P.C. files its NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION.

1. Warren, Drugan & Barrows, P.C. has been retained as counsel for Zachry Industrial, Inc., a creditor of the Debtors.

2. As counsel for Zachry Industrial, Inc., Warren, Drugan & Barrows, P.C. is entitled to receive notice of any and all matters filed in this bankruptcy proceeding, including, but not limited to, contested matters and adversary proceedings, irrespective of whether Zachry Industrial, Inc. is listed as a party to those particular proceedings.

3. Warren, Drugan & Barrows, P.C. requests that all pleadings and all notices given regarding the above-referenced case in any contested matters or adversary proceedings be sent to the following addresses:

> Robert L. Barrows
> Warren, Drugan & Barrows, P.C.
> 800 Broadway
> San Antonio, Texas  78215
>
> Stephen M. Gray
> Zachry Industrial, Inc.
> P.O. Box 240130
> San Antonio, Texas 78224-0130

WHEREFORE, PREMISES CONSIDERED, Warren, Drugan & Barrows, P.C. respectfully requests that it be included on the mailing matrix to receive notice of all matters and proceedings filed in the above-captioned bankruptcy matter and that copies of any and all pleadings and notices given regarding any adversary proceeding be sent to Warren, Drugan & Barrows, P.C.

Respectfully Submitted,

WARREN, DRUGAN & BARROWS, P.C.
800 Broadway
San Antonio, Texas 78215
Telephone: (210) 226-4131
Facsimile: (210) 224-6488

By: /s/ R. S. B.
Robert L. Barrows
State Bar No. 01833500
rbarrows@wdblaw.com

and

Stephen M. Gray
Associate General Counsel
State Bar No. 08329080
graysm@zachrygroup.com
Zachry Industrial, Inc.
P.O. Box 240130
San Antonio, Texas 78224-0130
Telephone: (210) 588-6552
Facsimile: (210) 588-6528

*Attorneys for Zachry Industrial, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2018, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION was served via EFC/Pacer and/or by first class mail on the following:

Lockwood Holdings, Inc.
10002 Windfern Road, Bldg. B
Houston, Texas 77064

Jason S. Brookner
Lydia R. Webb
Gray Reed & McGraw, LLP
1601 Elm St., Suite 4600
Dallas, Texas 75201

Hector Duran
United States Trustee's Office
515 Rusk, Suite 3516
Houston, Texas 77002

and to the parties requesting notice through ECF/Pacer.

/s/ R. S. B.
Robert L. Barrows