UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>LOCKWOOD HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | § § § § § § § § § | Chapter 11<br><br>Case No. 18-30197 (DRJ)<br><br>Jointly Administered |

## NOTICE OF UPDATED LIMITED SERVICE LIST

Please take notice that, pursuant to the Order Establishing Notice Procedures [Dkt. 25], Lockwood Holdings, Inc. and its affiliates ("Debtors"), hereby file their *Updated Limited Service List* attached hereto as Exhibit "A".

*[Remainder of this page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Lockwood Holdings, Inc. (9726); LH Aviation, LLC (6984); Piping Components, Inc. (0197); Lockwood International, Inc. (8597); LMG Manufacturing, Inc. (9468); Lockwood Enterprises, Inc. (6504); and 7807 Eagle Lane, LLC (7382).

**NOTICE OF UPDATED LIMITED SERVICE LIST - PAGE 1**
4460008.1

Respectfully submitted this 31st day of January, 2018.

**GRAY REED & McGRAW LLP**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:    jbrookner@grayreed.com

-and-

    Lydia R. Webb
    Texas Bar No. 24083758
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:    lwebb@grayreed.com

**PROPOSED COUNSEL TO THE DEBTORS**

Limited Service List as of January 31, 2018

## 30 LAGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| ALLIED FITTING LP<br>7200 Mykawa Road<br>Houston, TX 77033 | PK VALVE<br>192-1 Shinchon-Dong<br>Changtown-City, KN | ORION SPA<br>Via Caboto-34148<br>Trieste Italy |
| ASSOCIATED VALVE<br>703-19th Ave<br>Nisku AB T9E 7V9 | POYAM VALVES<br>Poligono Poyam Idiazabal Gipuzkoa<br>E-20213 Spain | GLOBAL STAINLESS SUPPLY<br>8900 Railwood Drive<br>Houston, TX 77078 |
| COR-PRO Sys. Operating, Ltd.<br>10555 West Little York<br>Houston, TX 77041 | PUSAN PIPE AMERICA INC<br>2100 Main Street<br>Suite 100<br>Irvine, CA 92614 | PERAR S.P.A.<br>Via Gringa 37 20027 Rescaldina<br>Milan Italy |
| FLOWSERVE - RALEIGH<br>1900 S. Saunders Street<br>Raleigh, NC 27603 | TIV VALVES SRL<br>Via Provinciale Saronnese<br>58 20027 Rescaldina MI<br>Italy | Zimmerman, Axelrad, Meyer<br>3040 Post Oak Blvd., Ste. 1300<br>Houston, TX 77056-6560 |
| Ilshin Forged Steel Valve Co.<br>1 NA 703, Shiwha Indl<br>Comples 1244-2<br>Chongwang-Dong | Tiv Valves SRL<br>Via Provinciale Saronnese, 58 20027<br>Rescaldina, Italy | Harris County<br>Tax<br>Assessor-Collector<br>P.O. Box 4622<br>Houston, TX 77210-4622 |
| J.D. Fields & Company Inc.<br>55 Waugh Dr., #1250<br>Houston, TX 77007 | TRUFLO RONA SRL<br>Via Stendahal, 65<br>Delaplane, VA 20144 | Canada Revenue Agency<br>275 Pope Road, Suite 103<br>Summerside, PE<br>C1N 6A2 |
| Jiangsu YDF Valve Co Ltd.<br>Shangzhuang Town<br>Fredericksburg, VA 22402 | TRUFLO RONA SRL<br>Via Grilli 2/A San Nicolo A Rewvvia<br>Bishopville, SC 29010 | Briggs & Veselka Co.<br>Nine Greenway Plaza<br>Suite 1700<br>Houston, TX 77046 |
| LVF Valve Solutions<br>Via G Mazzine 6 Partita<br>IVA 03076750169<br>Blacksburg, VA 24060 | TWC – The Valve Company<br>P.O. Box 95455<br>Grapevine, TX 76099-0752 | Hadassah Realty<br>(Wallisville)<br>17304 Preston Road, Suite 550<br>Dallas, TX 75252 |

**Limited Service List as of January 31, 2018**

| | | |
|---|---|---|
| O.M.B. - ITALY<br>Via Europa<br>24069 Cenate Sottto<br>Bergamo, Italy | USI Southwest<br>840 Gessner<br>Suite 600<br>Houston, TX 77024 | Sherwood Pointe LLC<br>5135 Bluebonnet Boulevard<br>Baton Rouge, LA 70809 |
| Orton Italiana SRL<br>Via Dei Bazachl 50<br>Piacenza Emilia-Romagna SC 29100 | VALVOSIDER<br>Via San Rocco, 2 13011<br>Borgosesia VC, Italy | Tri-State Supply Co.<br>P.O. Box 40512<br>Houston, TX 77240-0512 |

### DEBTORS

| | | |
|---|---|---|
| Lockwood International, Inc.<br>1002 Windfern Road, Bldg. B<br>Houston, TX 77064 | LH Aviation, LLC<br>1002 Windfern Road, Bldg. B<br>Houston, TX 77064 | LMG Manufacturing, Inc.<br>1002 Windfern Road, Bldg. B<br>Houston, TX 77064 |
| Lockwood Enterprises, Inc.<br>1002 Windfern Road, Bldg. B<br>Houston, TX 77064 | Lockwood Holdings, Inc.<br>1002 Windfern Road, Bldg. B<br>Houston, TX 77064 | Piping Components, Inc.<br>1002 Windfern Road, Bldg. B<br>Houston, TX 77064 |
| 7807 Eagle Lane, LLC<br>1002 Windfern Road, Bldg. B<br>Houston, TX 77064 | | |

### DEBTORS COUNSEL

| | |
|---|---|
| Jason S. Brookner<br>1300 Post Oak Blvd., Suite 2000<br>Houston, Texas 77056 | Lydia R. Webb<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201 |

Limited Service List as of January 31, 2018

## EQUITY HOLDERS

Michael F. Lockwood
1002 Windfern Road, Bldg. B
Houston, TX 77064

## UNITED STATES TRUSTEE

Hector Duran
US Trustee
Office of the US Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002

## SECURED CREDITORS

| | | |
|---|---|---|
| Wells Fargo Equipment Finance, Inc.<br>P.O. Box 858178<br>Minneapolis, MN 55485 | Sean B. Davis<br>WINSTEAD PC<br>600 Travis Street Suite 5200<br>Houston, Texas 77002 | Annmarie Chiarello<br>WINSTEAD PC<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, Texas 75201 |
| Wells Fargo<br>c/o Rakhee V. Patel WINSTEAD PC<br>500 Winstead Building<br>2728 N Harwood Street<br>Dallas, Texas 75201 | | |

**Limited Service List as of January 31, 2018**

### OTHER PARTIES MAKING AN APPEARANCE

| | | |
|---|---|---|
| Harris County<br>Cypres-Fairbanks ISD<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLO<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Courtney J. Hall<br>Assistant Attorney General<br>Bankr. & Collections Div., MC008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Martin Disiere Jefferson & Wisdom LLP<br>808 Travis St., 20th Floor<br>Houston, TX 77002 |
| Robert L. Barrow<br>WARREN DRUGAN & BARROWS P.C.<br>800 Broadway<br>San Antonio, TX 78215 | Stephen M. Gray<br>ZACHARY INDUSTRIAL, INC.<br>P.O. Box 240130<br>San Antonio, TX 78224-0130 | |

4459935.1