IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § Case No. 18-30197 |
| LOCKWOOD HOLDINGS, INC., | § |
| | § Chapter 11 |
| Debtor. | § |

**NOTICE OF APPEARANCE  AND REQUEST FOR SERVICE OF PAPERS**

NOW COMES Robert P. Franke, Andrew G. Edson and Audrey L. Leeder of the firm of Strasburger & Price, LLP, counsel to Flowserve US Inc. ("Flowserve") in the above-styled and numbered case, and file this Notice of Appearance and Request for Service of Papers to enter their appearance pursuant to 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and request copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a), (b), and (f).  All such notices and pleadings should be addressed to counsel as follows:

Robert P. Franke
State Bar No. 07371200
Andrew G. Edson
State Bar No. 24076364
Audrey L. Leeder
State Bar No. 24094369
STRASBURGER & PRICE L.L.P.
901 Main St., Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214 651-4330 (Fax)
Robert.Franke@strasburger.com
Andrew.Edson@strasburger.com
Audrey.Leeder@strasburger.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail,

including electronic mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings therein.  Flowserve additionally requests that the Debtors and the Clerk of the Court update the foregoing names and addresses on any mailing matrix or list of creditors existing in the above-numbered cause.

Dated: February 2, 2018

                Respectfully submitted,

                */s/ Robert P. Franke*_____
Robert P. Franke
State Bar No. 07371200
Andrew G. Edson
State Bar No. 24076364
Audrey L. Leeder
State Bar No. 24094369
STRASBURGER & PRICE L.L.P.
901 Main St., Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214 651-4330 (Fax)

ATTORNEYS FOR FLOWSERVE US INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon all parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 2nd day of February, 2018.

Debtor
Lockwood Holdings, Inc.
10002 Windfern Road
Bldg. B
Houston, TX 7706


Debtor's Counsel
Jason S Brookner
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201

U.S. Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002


                                              */s/ Robert P. Franke*
                                              Robert P. Franke