RICHARD J. WALLACE, III
Texas Bar No. 24008224
Scheef & Stone, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201
Telephone (214) 706-4200
Facsimile (214) 706-4242

ATTORNEYS FOR CREDITOR
EQUIPMENT DEPOT, LTD.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **IN RE:** | § § § | **Chapter 11** |
| | § | **Case No. 18-30197** |
| **LOCKWOOD HOLDINGS, INC., et. al.** | § § | |
| **DEBTORS.** | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW SCHEEF & STONE, L.L.P., by and through the undersigned, and files this its Notice of Appearance and Request for Notice (the "Notice") on behalf of creditor Equipment Depot, Ltd., and pursuant to Bankruptcy Rules 9010 and 2002, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the address set forth below:

Richard J. Wallace, III
Scheef & Stone, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200
(214) 706-4242 Facsimile
richard.wallace@solidcounsel.com

Please take further notice that pursuant to 11 U.S.C. § 1109, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, email, courier, telephone, facsimile or otherwise, filed with regard to the above-referenced bankruptcy proceeding.

                                                Respectfully submitted,

                              By: /s/ Richard J. Wallace, III
                                    Richard J. Wallace, III
                                    Texas Bar No. 24008224

                                    SCHEEF & STONE, L.L.P.
                                    500 North Akard, Suite 2700
                                    Dallas, Texas 75201
                                    (214) 706-4200 Telephone
                                    (214) 706-4242 Facsimile
                                    richard.wallace@solidcounsel.com

                                    ATTORNEYS FOR CREDITOR
                                    EQUIPMENT DEPOT, LTD.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on this the 2nd day of February, 2018.

/s/ Richard J. Wallace, III
Richard J. Wallace, III

| | | |
|---|---|---|
| **7807 Eagle Lane, LLC**<br>10002 Windfern Road<br>Bldg. B<br>Houston, TX 77064<br>*Added: 01/25/2018*<br>*(Debtor)* | represented by | **Jason S Brookner**<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br>(469) 320-6132<br>(214) 953-1332 (fax)<br>jbrookner@grayreed.com<br>*Assigned: 01/29/18* |
| **Cor-Pro Systems Operating, Ltd.**<br>c/o J. Tinkham<br>Martin, Disiere, Jefferson & Wisdom, LLP<br>808 Travis Street, 20th floor<br>Houston, Tx 77002<br>713-632-1700<br>tinkham@mdjwlaw.com<br>*Added: 01/29/2018*<br>*(Creditor)* | represented by | **Jeffrey Gresham Tinkham**<br>Martin Disiere Jefferson & Wisdom LLP<br>808 Travis Street, 20th Floor<br>Houston, TX 77002<br>713-632-1700<br>713-669-9966 (fax)<br>tinkham@mdjwlaw.com<br>*Assigned: 01/29/18* |
| **Cypress-Fairbanks ISD**<br>Linebarger Goggan Blair & Sampson LLP<br>C/O Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@lgbs.com<br>*Added: 01/26/2018*<br>*(Creditor)* | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair and Sampson LLP<br>1301 Travis Street, Ste 300<br>Houston, Tx 77002<br>713-844-3478<br>713-844-3503 (fax)<br>houston_bankruptcy@publicans.com<br>*Assigned: 01/26/18* |
| **Harris County**<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064 | represented by | **Tara L Grundemeier**<br>Linebarger Goggan Blair and Sampson LLP<br>1301 Travis Street, Ste 300<br>Houston, Tx 77002 |

| | | |
|---|---|---|
| Houston, TX 77235-3064<br>houston_bankruptcy@lgbs.com<br>*Added: 01/26/2018*<br>*(Creditor)* | | 713-844-3478<br>713-844-3503 (fax)<br>houston_bankruptcy@publicans.com<br>*Assigned: 01/26/18* |
| **LH Aviation, LLC**<br>10002 Windfern Road<br>Bldg. B<br>Houston, TX 77064<br>*Added: 01/23/2018*<br>*(Debtor)* | represented by | **Jason S Brookner**<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br>(469) 320-6132<br>(214) 953-1332 (fax)<br>jbrookner@grayreed.com<br>*Assigned: 01/23/18*<br>*LEAD ATTORNEY* |
| **LMG Manufacturing, Inc.**<br>10002 Windfern Road<br>Bldg. B<br>Houston, TX 77064<br>*Added: 01/25/2018*<br>*(Debtor)* | represented by | **Jason S Brookner**<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br>(469) 320-6132<br>(214) 953-1332 (fax)<br>jbrookner@grayreed.com<br>*Assigned: 01/29/18* |
| **Lockwood Enterprises, Inc.**<br>10002 Windfern Road<br>Bldg. B<br>Houston, TX 77064<br>*Added: 01/25/2018*<br>*(Debtor)* | represented by | **Jason S Brookner**<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br>(469) 320-6132<br>(214) 953-1332 (fax)<br>jbrookner@grayreed.com<br>*Assigned: 01/29/18* |
| **Lockwood Holdings, Inc.**<br>10002 Windfern Road<br>Bldg. B<br>Houston, TX 77064<br>*Added: 01/18/2018*<br>*(Debtor)* | represented by | **Jason S Brookner**<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br>(469) 320-6132<br>(214) 953-1332 (fax)<br>jbrookner@grayreed.com<br>*Assigned: 01/18/18* |

| | | |
|---|---|---|
| | | **Lydia R Webb**<br>Gray Reed & McGraw LLP<br>1601 Elm St<br>Ste 4600<br>Dallas, TX 75201<br>469-320-6111<br>lwebb@grayreed.com<br>*Assigned: 01/25/18* |
| **Lockwood International, Inc.**<br>10002 Windfern Road<br>Bldg. B<br>Houston, TX 77064<br>*Added: 01/25/2018*<br>*(Debtor)* | represented by | **Jason S Brookner**<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br>(469) 320-6132<br>(214) 953-1332 (fax)<br>jbrookner@grayreed.com<br>*Assigned: 01/29/18* |
| **Piping Components, Inc.**<br>10002 Windfern Road<br>Bldg. B<br>Houston, TX 77064<br>*Added: 01/23/2018*<br>*(Debtor)* | represented by | **Jason S Brookner**<br>Gray Reed & McGraw LLP<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br>(469) 320-6132<br>(214) 953-1332 (fax)<br>jbrookner@grayreed.com<br>*Assigned: 01/23/18*<br>*LEAD ATTORNEY* |
| **Texas Comptroller of Public Accounts**<br>Courtney J. Hull<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>*Added: 01/26/2018*<br>*(Creditor)* | represented by | **Courtney Hull**<br>Office of the Attorney General<br>300 W 15th St<br>8th Fl<br>Austin, TX 78701<br>512-475-4862<br>bk-chull@oag.texas.gov<br>*Assigned: 01/26/18* |
| **US Trustee**<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002<br>(713) 718-4650<br>USTPRegion07.HU.ECF@USDOJ.GOV | represented by | **Hector Duran**<br>U.S. Trustee<br>515 Rusk<br>Ste 3516<br>Houston, Tx 77002<br>7137184650<br>Hector.Duran.Jr@usdoj.gov |

| | | |
|---|---|---|
| *Added: 01/18/2018*<br>*(U.S. Trustee)* | | *Assigned: 01/19/18*<br>*LEAD ATTORNEY* |
| **Wells Fargo Bank, National Association, as Administrative Agent**<br>c/o Winstead PC<br>500 Winstead PC<br>2728 N. Harwood Street<br>Dallas, TX 75201<br>214-745-5400<br>rpatel@winstead.com<br>*Added: 01/24/2018*<br>*(Creditor)* | represented by | **Annmarie Antoinette Chiarello**<br>Winstead PC<br>500 Winstead Building<br>2728 N. Harwood St.<br>Dallas, TX 75201<br>214-745-5400<br>achiarello@winstead.com<br>*Assigned: 01/24/18* |
| | | **Sean B Davis**<br>Winstead PC<br>600 Travis Street<br>Suite 5200<br>Houston, TX 77002<br>713-650-8400<br>713-650-2400 (fax)<br>sbdavis@winstead.com<br>*Assigned: 01/24/18* |
| | | **Rakhee V Patel**<br>Winstead PC<br>2728 N. Harwood Street<br>Suite 500<br>Dallas, TX 75201<br>214-745-5250<br>214-745-5390 (fax)<br>rpatel@winstead.com<br>*Assigned: 01/24/18* |
| **Zachry Industrial, Inc.**<br>c/o Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway<br>San Antonio, TX 78215<br>210-226-4131<br>210-224-6488 (fax)<br>rbarrows@wdblaw.com<br>*Added: 01/29/2018*<br>*(Creditor)* | represented by | **Robert Lynn Barrows**<br>Warren Drugan Barrows PC<br>800 Broadway<br>San Antonio, TX 78215<br>210-226-4131<br>210-224-6488 (fax)<br>rbarrows@wdblaw.com<br>*Assigned: 01/29/18* |