IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| LOCKWOOD HOLDINGS, INC., *et al.*, | § | |
| | § | Case No. 18-30197 (DRJ) |
| Debtors. | § | |
| | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that HERMAN A. COOPER and BRENDA E. COOPER appear herein by and through the undersigned counsel and request that all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served in this case, and any case consolidated herewith, as provided for or referred to by Bankruptcy Rules 2002, 3017, or 9007; Title 11, United States Code; Southern District Local Bankruptcy Rule 2002; and/or other applicable Bankruptcy Statutes and Rules, be given to and served upon their attorney, and that such service and notice be e-mailed or mailed to the following:

> HERMAN A. COOPER and BRENDA E. COOPER
> c/o James E. Cuellar
> Wells & Cuellar, P.C.
> 440 Louisiana, Suite 718
> Houston, Texas 77002
> (713) 222-1281 Telephone
> (713) 237-0570 Fax
> jcuellar@wellscuellar.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, statements, papers, and pleadings referred to in the Statutes and Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, or other document brought before this Court in this case, whether transmitted or conveyed by mail, e-mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affect or seek to affect in any way the above-captioned case.

Respectfully submitted February 5, 2018.

> /s/ James E. Cuellar
> State Bar No. 05202345
> 440 Louisiana, Suite 718
> Houston, Texas 77002
> (713) 222-1281 Telephone
> (713) 237-0570 Fax