UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>LOCKWOOD HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-30197 (DRJ)<br><br>Jointly Administered |

**NOTICE OF REVISED 13-WEEK CASH FLOW BUDGET**

**PLEASE TAKE NOTICE** that the Debtors hereby file their revised 13-week cash flow budget for period ending May 5, 2018.  A true and correct copy of the budget is attached hereto as Exhibit "A."

[*Remainder of this page intentionally left blank*]

4476062.1

Respectfully submitted this 7th day of February, 2018,

        **GRAY REED & McGRAW LLP**

        By: */s/ Jason S. Brookner*
            Jason S. Brookner
            Texas Bar No. 24033684
        1300 Post Oak Blvd., Suite 2000
        Houston, Texas 77056
        Telephone: (713) 986-7000
        Facsimile: (713) 986-7100
        Email:    jbrookner@grayreed.com

        -and-

            Lydia R. Webb
            Texas Bar No. 24083758
        1601 Elm Street, Suite 4600
        Dallas, Texas 75201
        Telephone: (214) 954-4135
        Facsimile: (214) 953-1332
        Email:    lwebb@grayreed.com

        **PROPOSED COUNSEL TO THE DEBTORS**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on February 7, 2018, he caused a true and correct copy of the foregoing pleading to be served via CM/ECF to all parties authorized to receive electronic notice in this case, and via electronic mail on counsel to the Lenders and the United States Trustee.

        */s/ Jason S. Brookner*
        Jason S. Brookner

4476062.1

**Exhibit "A"**

**Revised 13-Week Cash Flow Budget**

4476062.1

**Lockwood Holdings Inc., et al.**
**Projected Results of Operations and Cash Flows**
*2/17/18   thru   5/5/18*

*Cash Flow Summary*

*In Thousands of Dollars*

| Week -----> | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **17-Feb** | **24-Feb** | **3-Mar** | **10-Mar** | **17-Mar** | **24-Mar** | **31-Mar** | **7-Apr** | **14-Apr** | **21-Apr** | **28-Apr** | **5-May** | **12-May** | **TOTAL** |
| **Receipts** | | | | | | | | | | | | | | |
| Customer Payments | 2,111.8 | 2,111.8 | 1,865.2 | 1,865.2 | 2,206.6 | 2,130.7 | 1,903.1 | 1,903.1 | 2,318.1 | 4,033.9 | 1,827.2 | 1,409.9 | 2,278.0 | 27,964.4 |
| Insurance Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Cash Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total     Receipts** | $ 2,111.8 | $ 2,111.8 | $ 1,865.2 | $ 1,865.2 | $ 2,206.6 | $ 2,130.7 | $ 1,903.1 | $ 1,903.1 | $ 2,318.1 | $ 4,033.9 | $ 1,827.2 | $ 1,409.9 | $ 2,278.0 | $ 27,964.4 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Inventory Purchases | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 1,500.0 | 19,500.0 |
| Payroll & Taxes | 440.9 | 78.5 | 417.3 | - | 429.1 | 78.5 | 417.3 | - | 420.2 | 96.0 | 420.5 | - | 411.6 | 3,210.0 |
| Health & Benefits | 31.5 | - | 171.3 | - | 30.0 | - | 30.0 | 141.3 | 30.0 | - | 30.0 | 141.3 | 30.0 | 635.4 |
| Contract & Temp Labor | 22.1 | 22.1 | 22.1 | 37.1 | 22.1 | 22.1 | 22.1 | 22.1 | 37.1 | 22.1 | 22.1 | 22.1 | 37.1 | 332.3 |
| Rent | - | - | 158.6 | - | - | - | 72.9 | 158.6 | - | - | - | 158.6 | - | 548.8 |
| Property Taxes | - | - | 70.0 | - | - | - | - | - | - | - | - | - | - | 70.0 |
| Utilities | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 23.0 | 298.7 |
| Truck & Equipment Rental | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 4.8 | 62.2 |
| Maintenance, Repairs & Fuel | - | - | 10.0 | - | - | - | - | 10.0 | - | - | - | 10.0 | - | 30.0 |
| Supplies & Uniforms | 22.2 | 22.2 | 26.4 | 22.2 | 22.2 | 22.2 | 22.2 | 26.4 | 22.2 | 22.2 | 22.2 | 26.4 | 22.2 | 300.9 |
| Freight | 94.7 | 80.1 | 80.1 | 106.3 | 63.8 | 63.8 | 63.8 | 63.8 | 63.8 | 63.8 | 63.8 | 63.8 | 63.8 | 934.9 |
| Travel & Entertainment | - | 13.4 | - | 13.4 | - | 13.4 | - | 13.4 | - | 13.4 | - | 13.4 | - | 80.6 |
| IT Costs | 1.9 | 3.2 | 75.0 | - | - | - | - | 75.0 | - | - | - | 75.0 | - | 230.0 |
| Sales & VAT Tax | 370.7 | - | 173.3 | - | - | - | - | 153.5 | - | - | - | 153.5 | - | 850.9 |
| Canadian Taxes | 131.2 | - | - | - | - | - | - | - | - | - | - | - | - | 131.2 |
| Insurance Premiums | - | - | 50.5 | - | - | - | - | 50.5 | - | - | - | 50.5 | - | 151.5 |
| Legal & Professional | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| G&A - General | 0.1 | - | 2.3 | - | - | - | 0.2 | - | 0.2 | - | - | - | - | 2.7 |
| **Total     Operating Disbursements** | $ 2,643.0 | $ 1,747.2 | $ 2,784.7 | $ 1,706.7 | $ 2,094.9 | $ 1,727.7 | $ 2,156.2 | $ 2,242.4 | $ 2,101.2 | $ 1,745.3 | $ 2,086.3 | $ 2,242.4 | $ 2,092.4 | $ 27,370.3 |
| **Operating Cash Flow** | $ (531.2) | $ 364.5 | $ (919.5) | $ 158.4 | $ 111.7 | $ 402.9 | $ (253.1) | $ (339.3) | $ 217.0 | $ 2,288.7 | $ (259.0) | $ (832.4) | $ 185.6 | |
| Accumulated | (531.2) | (166.7) | (1,086.2) | (927.8) | (816.1) | (413.2) | (666.3) | (1,005.6) | (788.6) | 1,500.0 | 1,241.0 | 408.5 | 594.1 | |
| **Other (Sources)/ Uses** | | | | | | | | | | | | | | |
| Equipment Leases | | | | | | | | | | | | | | - |
| Capital Expenditures | | | | | | | | | | | | | | - |
| Restructuring Costs | | | | | | | | | | | | | | - |
| Restructuring Professionals | - | - | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 825.0 |
| US Trustee | | | | | | | | | | | | | | - |
| Income & Franchise Taxes | | | | | | | | | | | | | | - |
| **Total     Other (Sources)/ Uses** | $ - | $ - | $ 75.0 | $ 75.0 | $ 75.0 | $ 75.0 | $ 75.0 | $ 75.0 | $ 75.0 | $ 75.0 | $ 75.0 | $ 75.0 | $ 75.0 | $ 825.0 |
| **Net Cash Flow** | $ (531.2) | $ 364.5 | $ (994.5) | $ 83.4 | $ 36.7 | $ 327.9 | $ (328.1) | $ (414.3) | $ 142.0 | $ 2,213.7 | $ (334.0) | $ (907.4) | $ 110.6 | |
| Accumulated | (531.2) | (166.7) | (1,161.2) | (1,077.8) | (1,041.1) | (713.2) | (1,041.3) | (1,455.6) | (1,313.6) | 900.0 | 566.0 | (341.5) | (230.9) | |
|  | Opening | | | | | | | | | | | | | Change |
| **Ending Book Cash Balance** | $ 3,500.0 | $ 2,968.8 | $ 3,333.3 | $ 2,338.8 | $ 2,422.2 | $ 2,458.9 | $ 2,786.8 | $ 2,458.7 | $ 2,044.4 | $ 2,186.4 | $ 4,400.0 | $ 4,066.0 | $ 3,158.5 | $ 3,269.1 | $ (230.9) |