UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| | § | Chapter 11 |
| LOCKWOOD HOLDINGS, INC., *et al.*, | § § | Case No. 18-30197 (DRJ) |
| Debtors. | § § | Jointly Administered |
| | § | |

NOTICE OF APPEARANCE UNDER BANKRUPTCY
RULE 9010(b) AND REQUEST FOR NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 3017 AND 9007

PLEASE TAKE NOTICE that Signature Financial LLC dba Signature Business Lending LLC ("Creditor"), creditor and party in interest in the captioned proceeding, pursuant to Bankruptcy Rule 9010(b), hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon its attorney of record as follows:

> Preston T. Towber
> The Towber Law Firm PLLC
> 6750 West Loop South, Suite 920
> Bellaire, Texas 77401
> (832) 485-3555 Phone
> (832) 485-3550 Fax
> preston@towberlaw.com

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 3017 and 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail,

1

delivery, telephone, telegraph, telex, email or otherwise, which affect or seek to affect the captioned proceeding.

PLEASE TAKE FURTHER NOTICE that Creditor intends that neither this Entry of Appearance nor any later appearance, pleading, claim or suit shall waive (1) Creditor's right to have final orders in noncore matters and/or Stern matters entered only after <u>de novo</u> review by a District Judge, (2) the Creditor's right to trial by jury in any proceeding or contested matter in this case or any case, controversy or proceeding related to this case, (3) the Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions defenses, setoffs, or recoupments to which the Creditor is or may be entitled under agreements, in law or in equity, all of which are expressly reserved.

Submitted this 14th day of Febaruary, 2018.

> Respectfully submitted,
>
> /s/  Preston T. Towber
> Preston T. Towber
> Texas State Bar No. 20152600;
> Fed ID #8217
> 6750 West Loop South, Suite 920
> Bellaire, Texas 77002
> (832) 485-3555 Phone
> (832) 485-3550 Fax
> email: preston@towberlaw.com
> ATTORNEYS FOR SIGNATURE
> FINANCIAL LLC dba SIGNATURE
> BUSINESS LENDING LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance Pursuant to Bankruptcy Rule 9010(b) and Request for Notice Pursuant to Bankruptcy Rule 2002(g) was sent to all persons listed below either via electronic mail by the ECF system or regular mail on this 14th day of February, 2018.

Lockwood International, Inc.
10002 Windfern Road
Bldg. B
Houston, TX 77064

Jason S Brookner
Lydia R Webb
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201

Hector Duran
U.S. Trustee
515 Rusk
Ste 3516
Houston, TX 77002

/s/Preston T. Towber