IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| LOCKWOOD HOLDINGS, INC., *et al.* | § | Case No. 18-30197 (DRJ) |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for creditor Dalfen America Corp. ("Dalfen"), pursuant to Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases be transmitted to:

> Shari L. Heyen
> *HeyenS@gtlaw.com*
> **GREENBERG TRAURIG, LLP**
> 1000 Louisiana, Suite 1700
> Houston, Texas 77002
> Telephone: (713) 374-3500
> Facsimile: (713) 374-3505

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code (the "Bankruptcy Code"), but also includes without limitation the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral,

HOU 408769507

and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, court or judge in connection with and with regard to these cases and any proceeding related thereto as well as the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Dalfen to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly preserved and reserved.

Dated February 14, 2018.

GREENBERG TRAURIG, LLP

By: */s/ Shari L. Heyen*
Shari L. Heyen
*HeyenS@gtlaw.com*
1000 Louisiana, Suite 1700
Houston, Texas 77002
Telephone: 713-374-3564
Facsimile: 713-374-3505

*Counsel for Dalfen America Corp.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance and Request for Service of All Pleadings* has been served upon the parties eligible to receive notice through the Court's ECF facilities by electronic mail on February 14, 2018.

*/s/ Shari L. Heyen*
Shari L. Heyen