

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
02/16/2018

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LOCKWOOD HOLDINGS, INC., *et al.*,[1] | § § | Case No. 18-30197 (DRJ) |
| Debtors. | § § § § | Jointly Administered |

### ORDER GRANTING DEBTORS' EXPEDITED UNOPPOSED MOTION TO (I) REJECT NON-RESIDENTIAL REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. § 365, EFFECTIVE AS OF THE FIRST PETITION DATE (FOREST PARK, OHIO) AND (II) ABANDON CERTAIN PERSONAL PROPERTY
(Docket No. 107)

Upon the Expedited Unopposed Motion (the "Motion") to (I) Reject Non-Residential Real Property Lease Pursuant to 11 U.S.C. § 365, Effective as of the First Petition Date (Forest Park, Ohio) and (II) Abandon Certain Personal Property, filed by Lockwood Holdings, Inc. and certain of its affiliates, the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that the relief requested in the Motion is in the best interests of the Debtors and their estates; and it appearing that due and sufficient notice of the Motion has been provided by the Debtors and that no other or further notice is required; and upon the hearing on the Motion conducted on February 21, 2018 and the record made thereat; and after due deliberation and good cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Motion[2] is granted as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Lockwood Holdings, Inc. (9726); LH Aviation, LLC (6984); Piping Components, Inc. (0197); Lockwood International, Inc. (8597); Lockwood Enterprises, Inc. (6504); LMG Manufacturing, Inc. (9468); and 7807 Eagle Lane, LLC (7382).

2.      Pursuant to section 365 of the Bankruptcy Code, the Lease is hereby deemed rejected, with such rejection to be effective as of the First Petition Date.

3.      Pursuant to section 554(a) of the Bankruptcy Code, any personal property of Debtors remaining in the Leased Premises as of February 21, 2018 at 11:59 p.m. (prevailing Ohio time) shall be deemed abandoned.

4.      Nothing in the Motion or this Order shall be deemed or construed as a waiver of any claims that the Debtors have or may have against the Landlord, whether or not such claims arise under, are related to the rejection and termination of, or are independent of the rejected and terminated Lease.

5.      The Landlord shall file a rejection damages claim, if any, relating to the rejection of the Lease by the claims bar date established in these chapter 11 cases.

6.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  February 15, 2018.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4489066.1