IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LOCKWOOD HOLDINGS, INC., *et al*, | § | CASE NO. 18-30197 (DRJ) |
| | § | (Chapter 11) |
| DEBTORS | § | (Jointly Administered) |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned lawyer appears in the above-captioned case on behalf of FLUORSEAL INC., a creditor and party-in-interest, and pursuant to Bankruptcy Rules 2002 and 9010(b), requests that a digital copy of all notices, pleadings and papers filed in this case be delivered to the undersigned attorney via email attachment. Under section 1109(b) of the Bankruptcy Code, the foregoing request also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone or otherwise filed in regard to the above-captioned case.

Respectfully submitted,

*/s/ Tom Kirkendall*
Tom Kirkendall
State Bar No. 11517300/SDTX No. 02287
**LAW OFFICE OF TOM KIRKENDALL**
2 Violetta Ct
The Woodlands, Texas 77381-4550
281.364.9946
888.582.0646 (fax)
bigtkirk@kir.com

**COUNSEL FOR FLUORSEAL INC**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument, was served via electronic transmission to counsel for the debtor, U.S. Trustee, creditors and parties-in-interest via the Court's ECF system on the 19th day of February, 2018.

/s/ *Tom Kirkendall*
Tom Kirkendall