UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS
HECTOR DURAN
TRIAL ATTORNEY
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650 x 241
Fax: (713) 718-4670

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| LOCKWOOD HOLDINGS, INC., *et al.,* | § | 18-30197 (DRJ) |
| | § | (Chapter 11) |
| | § | Jointly Administered |
| DEBTORS[1] | § | |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Lockwood Holdings, Inc. (9726); LH Aviation, LLC (6984); Piping Components, Inc. (0197); Lockwood International, Inc. (8597); LMG Manufacturing, Inc. (9468); Lockwood Enterprises, Inc. (6504); and 7807 Eagle Lane, LLC (7382).

| **Members** | **Counsel for Member** |
|---|---|
| 1. OMB Valves S.p.A.<br>Attn: Guiseppe Vaccarella<br>Via Europa, 7<br>24069 Cenate Sotto (BG) – Italy<br>or<br>13800 Promenade Blvd.<br>Stafford, TX  77477<br>Tel. 281-313-8080<br>Fax 281-313-8099<br>E-Mail:  g.vaccarella@ombvalves.com | Smith, Gambrell & Russell, LLP<br>Brian P. Hall, Esq.<br>Promenade, Suite 3100<br>1230 Peachtree Street, N.E.<br>Atlanta, GA  30309-3592<br>Tel. 404-815-3537<br>Fax 404-685-6837<br>E-Mail: bhall@sgrlaw.com |
| 2. Truflo Rona S.R.L.<br>Attn:  Antonello Vago<br>Via Grilli 21A<br>29010 San Nicolo a Trebbia (PC) - Italy<br>Tel. +39 052/3766 111<br>Fax +39 052/3766 112<br>E-Mail: administration@trufloitalia.com<br>truflorona@pec.truflorona.it | Giulia Piombi, Esq.<br>Via Grilli 21A<br>29010 San Nicolo a Trebbia (PC) - Italy<br>Tel. +39 344/1954 714<br>Fax +39 052/3766 112<br>E-Mail: giulia.piombi@imi-critical.com |
| 3. Cor-Pro Systems Operating, Ltd.<br>Attn:  Donald F. Aeck<br>10555 West Little York<br>Houston, TX  77041<br>Tel. 713-896-1091<br>Fax 713-896-0278<br>E-Mail:  donald.aeck@cor-pro.com | Martin, Disiere, Jefferson & Wisdom, LLP<br>Jeffrey Tinkham, Esq.<br>Niels Esperson Bldg.<br>808 Travis, 20th Floor<br>Houston, TX  77002<br>Tel. 713-632-1700<br>Fax 713-222-0101<br>E-Mail: tinkham@mdjwlaw.com |

Dated: February 20, 2018

Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:  /s/ Hector Duran
Hector Duran
Trial Attorney
Texas Bar No. 00783996
515 Rusk, Suite 3516
Houston, TX 77002
Telephone:  (713) 718-4650 x 241
Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 20th day of February, 2018.

/s/ Hector Duran
Hector Duran, Trial Attorney